UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-63180

ERIC WATKINS
            Plaintiff,

V

CORRECTION DEPUTY
RANDY AZAEL #13263
            Defendant

Jurisdiction

① Plaintiff Eric Watkins, is a resident of Florida whose mailing address is 1990 Hampton Blvd, Apt 110, North Lauderdale Florida 33068.

② Defendant correctional Deputy Randy AZAEL is a resident of Florida who is employed by Broward Sheriff office as a correctional deputy at the Broward County Main Jail. At the time of the alleged claim the defendant acted within his individual capacity while on duty as a deputy. Thus Plaintiff is suing him in his individual capacity.

Jurisdiction

③ Jurisdiction is invoked pursuant to 42 U.S.C.S 1983.

1 OF 8 PP

## Nature of the case.

(4) Violation of Plaintiffs Fourteenth Amendment rights by way of verbal sexual Harrasment and verbal sexual assault, via threats of rape.

## Cause of Action

(5) I allege that my claims arrise under the following Constitutional provisions of laws of the united states and that the following facts forms the basis of my allegations:

## Counts one

(6) It is plaintiffs, Eric Watkins, complaint that prior to and on December 27, 2015 and on January 9, 2016 Defendant Jail deputy Randy AZAEL violated my Fourteenth Amendment Right to be free from verbal sexual Harrassment and serious threats of Rape When prior and on December 27, 2015 the defendant would, and did, sexually harrass me, repeatedly verbally and with gesters. Then on January 9, 2016 the defendant would angrily and repeatedly threaten to Rape Plaintiff while making menacing gestures of kisses, gyrations and others. Due to the defendants verbal sexual assaults, his angry verbal threats of rape and his menacing sexual gestures plaintiff became severely mentally distressed and in fear which would Cause plaintiff loss of sleep and appetite for the duration of his detention. Defendants actions, and the harm it caused Plaintiff, "Shocks-the-Conscience" because it falls outside the standards of civilized decency, it was malicious and sadistic for the purpose of causing harm and was deliberately indifferent to the psychological Harms caused to plaintiff.

(7) Subsequent to being transferred to the Broward County

2 OP8 PP

main Jail the defendant would appear at the cells I would be housed in and begin to verbally sexually harass me. The defendant would make repeated homosexual gestures and comments to me. I would respond by cursing at him. He would also create verbal confrontations with me.

⑧ On December 27, 2015 was the straw that broke the Camel's back. While laying down on the bottom bunk in my cell the defendant appeared at the door of the cell and open the door. As I woke up he began to gesture kisses at me and telling me I was a handsome man and would do other homosexual gestures. I became angry and as in the past I cursed him telling him to get his Faggot rass from in Front my cell. The defendant stated to me "you are getting aggressive" and he woke up my cellmate and press him out of the cell and Put me on lock down for the whole day.

⑨ After getting off of lock down the next day on Dec. 28, 2015 I immediately Filed a complaint regarding the December 27, 2015 incident. No investigation was conducted of my complaint. # 631364 Administrative remedy.

⑩ Then on January 9, 2016, while sitting in the Jail unit day room, the defendant walked into the unit doing his rounds checking each cell. When he was completed he ordered me to go into my cell. I immediately got up and while walking upstairs walking to my cell the defendant grabbed my hand for no reason. I pulled away from him and kept walking up the stairs. The defendant

3 OF 8 PP

attempted to grab his mace. I continued to walk up the stairs and then into the cell. Then the defendant in an angry rage slam the cell door shut locking me in the cell and began to angrily threaten to rape me later in the future at some time. And he began to do menacing homosexual gestures at me. The defendant would repeatedly threaten to rape me over and over. He also again locked me down in the cell for the whole day.

(11) After the defendant walked away in anger and rage I became very and more mentally distressed. That is, I was extremely frightened, terrified, nervous and anxious and paranoid because of the officer's threat, his demeanor and gesturing action. I felt the immediate urgent need for help I began to repeatedly kick the cell door while requesting loudly to speak to the shift sargeant. I would do this all day until the sargeant arrived at the end of the day.

(12) In the presence of the defendant I would explain to the sargeant what had transpired, as stated above, and the sargeant would, without any premise, tell me that he didn't believe my claims against the defendant and nothing about my allegations against the defendant. This would cause me even more mental distress.

(13) For the remainder of my detention at the Broward County main Jail I will remain more mentally distressed than I had ever been at the Jail, more frightened, terrified, nervous, anxious and paranoid which would

4 OF 8 PP

cause me many sleepless nights and days and loss of app-
etite over and over because of Plaintiffs mental distress caused
by the defendants actions.

(14) It is shocking to the conscience of the decencies
of civilized conduct when a correctional officer verbally
sexually harrasses a prisoner especially when the officer is
of the same sex and have complete control over the prisoner.
This is mentally distressing on the prisoner because the prisoner
does not know and is worried about why the officer is doing
this to him and would this officer take his verbal sexual
harrassment to the level of physical sexual harrassment
against the prisoner. This is what began to mentally distress
me initially, the prisoner is, as I was, aware of the control
the officer has over him, because of his status as is, and
is aware of the prisoners helplessness as a prisoner, if the
officer would begin to physically sexually harrass the prisoner.
Again this, supra, was the initial severe mental distressing
Plaintiff began to experiences and it was enhanced to extreme
heights when the defendant his angry enraged threats to
rape Plaintiff at a later time coupled with his menacing
sexual gestures. clearly the repeated threat of Rape against
a prisoner by a correctional officer coupled with previous and
present verbal harrassment and gestures, not only "shocks
the conscience", supra, but is also malicious and sadistic
for the purpose of causing harm and deliberately indifferent
to the psychological harms caused to Plaintiff. Lastly Plain-
tiff believe that the defendant's actions, supra, also violated
Plaintiffs Right to be free from unjustified intrusions on my
personal security.

(15) Clearly for the prisoner induced paranoid anticipation

5 OF 8 AP

of physical sexual harassment and rape by a correct-
ional officer is worse than physical sexual harassment
and rape itself especially when the prisoner has never
experienced such.

(16) Plaintiff would further argue that the defendant's
actions as described herein was also intended to
cause the mental distress plaintiff describes against
Plaintiff. The defendant's action was maliciously
tended to cause mental distress against Plaintiff

(17) Plaintiff request a Jury trial on this cause of
Action and his supporting facts.

## Requested Relief

Wherefore, Plaintiff respectfully prays that this court
enters Judgment granting Plaintiff the following:

(18) That Defendant Randy AZAEL pay Plaintiff
one million dollars ($1,000,000.00) for the violation of Plain-
tiff's Fourteenth Amendment constitutional rights, his will-
full verbal sexual Harrassments and gestures and his
threats of Rape and for the severe and extreme mental
distress caused to Plaintiff, as described and the time
while incarcerated that such mental distress lasted.

(19) That the defendant Azael pay Plaintiff two
million dollars ($2,000,000.00) in punitive damages for his

6 of 8 PP

willfull and malicious intension to violate Plaintiffs con-
stitutional rights and to cause him pain and suffering
and mental distress. Also Punitive damages must be
paid as a deterrent for the defendant and other correct
officers.

20) Plaintiff has not begun any other law suit in Fed-
eral or state court dealing with the same facts invol-
ved in this case but will be doing so.

21) Any other relief this court or Jury may deem
Just, proper and Equitable.

Respectfully submitted this 6 day of January
2020

Eric Watkins
7990 Hampton Blvd, Apt. 110
North Lauderdale, Florida 33068

## verification

I Eric Watkins, the Plaintiff and undersigned de-
clares under the penalty of perjury that I have read
the foregoing complaint and hereby verify and declare
that the matters alleged are true and correct to the
best of my recollection.

Executed at Ft. Lauderdale Florida on January

7 of 8 pp

6-2020

Eric Watkins

8 of 8 pp